```
                                                    FILED
                                              November 17, 2011
                                              CLERK, U.S. BANKRUPTCY COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              0003907601
```

1  C. Anthony Hughes SBN: 250998
2  1395 Garden Highway, Suite 150
   Sacramento, CA 95833
3  Ph:  916.440.6666
   Fax: 916.254.6666
4  Attorney for Debtor

5              UNITED STATES BANKRUPTCY COURT
6       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

7  In re:                          )   Case No. 11-44427-C-7
                                   )   Chapter 7
8  CHAD MILLER and                 )   Docket Control No.:  CAH-001
   CRYSTAL MARTIN,                 )
9                                  )
                                   )   Judge:   Christopher Klein
10                                 )   Date:    12/20/2011
         Debtors.                  )   Time:    9:30 AM
11                                 )   Place:   501 I Street, 6th Floor
                                   )            Sacramento, CA 95814
12                                 )            Department C – Courtroom 35
                                   )   Trustee: Kimberly J. Husted
13                                 )
                                   )
14                                 )   **MOTION TO REQUIRE THE**
                                   )   **TRUSTEE TO ABANDON ALL THE**
15                                 )   **PROPERTIES LISTED ON SCHEDULE**
                                   )   **"A" OF DEBTORS' PETITION**
16                                 )   **[11 U.S.C §554(a)]**
17 _____)

    The Debtors move, by and through their attorney, C. Anthony Hughes, that the Court requires the trustee to abandon all the real properties listed on Schedule "A" (Exhibit "A") of Debtors' Petition pursuant to 11 U.S.C. §554(b).

    These properties were owned by the Debtors at the date of filing and are valued less than what is owed on the secured liens (Exhibit "D").

    There is no equity in these properties. Under 11 U.S.C. §554(a), the trustee may abandon any property that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

**WHEREFORE**, Debtors pray that the court will grant this motion to require the trustee to abandon all the properties listed on Schedule "A" of Debtors' Petition.

Dated: 11/18/2011            By:    /s/ C. Anthony Hughes
                                                     C. Anthony Hughes