FILED
November 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003907605

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:  916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:

CHAD MILLER and
CRYSTAL MARTIN,

      Debtors.

_____

Case No. 11-44427-C-7
Chapter 7
Docket Control No.:  CAH-001

Judge:  Christopher Klein
Date:   12/20/2011
Time:   9:30 AM
Place:  501 I Street, 6th Floor
        Sacramento, CA 95814
        Department C – Courtroom 35
Trustee: Kimberly J. Husted

**EXHIBITS IN SUPPORT OF MOTION TO REQUIRE THE TRUSTEE TO ABANDON ALL THE PROPERTIES LISTED ON SCHEDULE "A" OF DEBTORS' PETITION**
[11 U.S.C §554(a)]

EXHIBIT "A"-SCHEDULE A

EXHIBIT "B"-SCHEDULE B

Dated: 11/18/2011

BY:/s/ C. Anthony Hughes
    C. Anthony Hughes

In re: Miller
11-44427

**EXHIBIT "A"-SCHEDULE A**

B6A (Official Form 6A) (12/07)

In re  **Chad Raub Miller,**
       **Crystal Donnell Martin**
                                                                        Debtors,                       Case No. __**2011-44427**__

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **964 McCall Ave Yuba City, CA 95991**<br>value based on debtor's opinion<br>3 bedrooms<br>2 bathrooms<br>.27 acres | Primary residence | W | 180,000.00 | 317,843.00 |
| **5538 Standish Rd. Sacramento, CA 95820**<br>value based on debtors opinion<br>2 bedrooms<br>1 bathroom<br>858 sqft. | fee simple rental property | H | 65,000.00 | 112,500.00 |
| **3277/3287 Jewett Ave Marysville, CA 95901**<br>value based on debtor's opinion<br>This property is a manufactured home with 2 bedrooms and 2 bathrooms and a duplex with 1 bedroom and 1 bathroom on each side. | fee simple rental property | W | 100,000.00 | 135,867.00 |
| **1872/1876 Second Ave., Sutter, CA 95982**<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | fee simple rental property | H | 70,000.00 | 266,681.00 |
| **2151/2161 Mulberry Sutter, CA 95982**<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | fee simple rental property | H | 70,000.00 | 155,000.00 |
| **7017/ 7027 Lyon St. Sutter, CA 95982**<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | fee simple rental property | H | 70,000.00 | 155,000.00 |

Sub-Total >    **555,000.00**    (Total of this page)

__1__ continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re  Chad Raub Miller,  Case No. __2011-44427__
Crystal Donnell Martin
_____,
Debtors

## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2150/2160 Locust St. Sutter, CA 95982<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | fee simple rental property | H | 70,000.00 | 155,000.00 |
| 924 6th street Marysville, CA 95901<br>APN 010-161-019<br>5 bedrooms house with two 1 unit office spaces since the house sits on a corner, there are additionals addresses of 529/531 J Street Marysville, CA | fee simple rental property | J | 120,000.00 | 277,327.00 |
| 2130/2140 Locust St. Sutter, CA 95982<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | fee simple rental property | W | 70,000.00 | 115,000.00 |
| 6153 Dunning Ave. Marysville, CA 95901<br>3 bedrooms<br>2 bathrooms<br>3360 sqft.- Triplex<br>Value: $120,000 (value is base on debtor's opinion)<br>1st mortgage: $151,061<br>2nd mortgage: $49,512.56  according to mortgage statement dated August 2001 (Bank of America is the mortgagee or servicer. Patricia Martin is the borrowe and the money was used for the downpayment on the purchase of this property.<br>Net equity: $0 | fee simple rental property | W | 120,000.00 | 200,573.28 |
| 350 Bridge Street Yuba City, CA 95991<br>value based on debtor's opinion<br>35,000 sqft commercial building | Debtors only have a 1/2 interest | J | 350,000.00 | 1,500,000.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

Sub-Total >    730,000.00    (Total of this page)

Total >    1,285,000.00

(Report also on Summary of Schedules)

**EXHIBIT "B"-SCHEDULE B**

In re: Miller
11-44427

In re  Chad Raub Miller,
       Crystal Donnell Martin

Case No. __2011-44427__

Debtors,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx2147<br><br>Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065 | | H | Opened 6/27/07 Last Active 7/08/11<br>5538 Standish Rd. Sacramento, CA 95820<br>value based on debtors opinion<br>2 bedrooms<br>1 bathroom<br>858 sqft. | | | | | |
| | | | Value $ 65,000.00 | | | | 112,500.00 | 47,500.00 |
| Account No. xxxxxxxxx0210<br><br>Chase<br>Po Box 1093<br>Northridge, CA 91328 | | H | Opened 4/26/05 Last Active 8/01/11<br>1st priority note and deed of trust<br>1872/1876 Second Ave., Sutter, CA 95982<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | | | | | |
| | | | Value $ 70,000.00 | | | | 186,681.00 | 116,681.00 |
| Account No.<br><br>Danny Raub<br>1956 Tierra Buenna Road<br>Yuba City, CA 95993 | | C | PMSI<br>Purchase money loan to purchase rental property at 1872.1876 Second Ave<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | | | | | |
| | | | Value $ 70,000.00 | | | | 80,000.00 | 80,000.00 |
| Account No.<br><br>Junia Bradley<br>716 Lincoln Street<br>Carthage, MO 64836-2331 | | C | 2nd note on deed of trust<br>924 6th street Marysville, CA 95901<br>APN 010-161-019<br>5 bedrooms house with two 1 unit office spaces<br>since the house sits on a corner, there are additionals addresses of 529/531 J Street Marysville, CA | | | | | |
| | | | Value $ 120,000.00 | | | | 75,000.00 | 75,000.00 |
| __3__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 454,181.00 | 319,181.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  Chad Raub Miller,  
      Crystal Donnell Martin

Case No. __2011-44427__

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> Louise Long <br> 1875 Samuel James Court <br> Yuba City, CA 95993 | | C | 2151/2161 Mulberry Sutter, CA 95982 <br> value based on debtor's opinion <br> Duplex <br> 2 bedrooms <br> 1 bathroom | | | | | |
| | | | Value $     70,000.00 | | | | 155,000.00 | 85,000.00 |
| Account No. <br> Louise Long <br> 1875 Samuel James Court <br> Yuba City, CA 95993 | | C | 7017/ 7027 Lyon St. Sutter, CA 95982 <br> value based on debtor's opinion <br> Duplex <br> 2 bedrooms <br> 1 bathroom | | | | | |
| | | | Value $     70,000.00 | | | | 155,000.00 | 85,000.00 |
| Account No. <br> Louise Long <br> 1875 Samuel James Court <br> Yuba City, CA 95993 | | C | 2150/2160 Locust St. Sutter, CA 95982 <br> value based on debtor's opinion <br> Duplex <br> 2 bedrooms <br> 1 bathroom | | | | | |
| | | | Value $     70,000.00 | | | | 155,000.00 | 85,000.00 |
| Account No. xxxxx3549 <br> Nationstar Mortgage LI <br> 350 Highland Dr <br> Lewisville, TX 75067 | | W | Opened 8/25/08 Last Active 8/15/11 <br> 6153 Dunning Ave. Marysville, CA 95901 <br> 3 bedrooms <br> 2 bathrooms <br> 3360 sqft.- Triplex <br> Value: $120,000 (value is base on debtor's opinion) <br> 1st mortgage: $151,061 | | | | | |
| | | | Value $     120,000.00 | | | | 151,061.00 | 31,061.00 |
| Account No. <br> Patricia Martin <br> 1255 Lincoln Road #16 <br> Yuba City, CA 95991 | | C | 2008 estimated <br> PMSI loan for downpayment on rental <br> 6153 Dunning Ave. Marysville, CA 95901 <br> 3 bedrooms <br> 2 bathrooms <br> 3360 sqft.- Triplex <br> Value: $120,000 (value is base on debtor's opinion) | | | | | |
| | | | Value $     120,000.00 | | | | 49,512.28 | 49,512.28 |

Sheet __1__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page)     665,573.28     335,573.28

B6D (Official Form 6D) (12/07) - Cont.

In re  **Chad Raub Miller,**  
  **Crystal Donnell Martin**  
  ———————————————————————,  
  Debtors

Case No. __2011-44427__

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**River Valley Community Bank**<br>PO Box 3689<br>Yuba City, CA 95992 | | C | 924 6th street Marysville, CA 95901<br>APN 010-161-019<br>5 bedrooms house with two 1 unit office spaces<br>since the house sits on a corner, there are additionals addresses of 529/531 J Street Marysville, CA | | | | 201,277.00 | 82,327.00 |
| | | | Value $ 120,000.00 | | | | | |
| Account No.<br><br>**River Valley Community Bank**<br>PO Box 3689<br>Yuba City, CA 95992 | X | C | 350 Bridge Street Yuba City, CA 95991<br>value based on debtor's opinion<br>35,000 sqft commercial building | | | | 1,200,000.00 | 500,000.00 |
| | | | Value $ 700,000.00 | | | | | |
| Account No.<br><br>**Roy Lanza Trust**<br>PO Box 591<br>Marysville, CA 95901 | | C | 2130/2140 Locust St. Sutter, CA 95982<br>value based on debtor's opinion<br>Duplex<br>2 bedrooms<br>1 bathroom | | | | 115,000.00 | 45,000.00 |
| | | | Value $ 70,000.00 | | | | | |
| Account No. xxxxxxxxx2558<br><br>**Safe Credit Union/Dove**<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047 | | W | Opened 4/09/03 Last Active 9/01/11<br>3277/3287 Jewett Ave Marysville, CA 95901<br>value based on debtor's opinion<br>This property is a manufactured home with 2 bedrooms and 2 bathrooms and a duplex with 1 bedroom and 1 bathroom on each side. | | | | 135,867.00 | 35,867.00 |
| | | | Value $ 100,000.00 | | | | | |
| Account No. xxxxxxxxxxxx0001<br><br>**Wells Fargo Bank Nv Na**<br>Po Box 31557<br>Billings, MT 59107 | | W | Opened 5/26/04 Last Active 8/17/11<br>964 McCall Ave Yuba City, CA 95991<br>value based on debtor's opinion<br>3 bedrooms<br>2 bathrooms<br>.27 acres | | | | 255,166.00 | 75,166.00 |
| | | | Value $ 180,000.00 | | | | | |

Sheet __2__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

Subtotal  
(Total of this page) | 1,907,310.00 | 738,360.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re **Chad Raub Miller,**
**Crystal Donnell Martin**

Case No. **2011-44427**

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx1998<br><br>Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | | W | Opened 5/26/04 Last Active 8/17/11<br>964 McCall Ave Yuba City, CA 95991<br>value based on debtor's opinion<br>3 bedrooms<br>2 bathrooms<br>.27 acres | | | | | |
| | | | Value $ 180,000.00 | | | | 62,677.00 | 62,677.00 |
| Account No.<br><br>Yuba County Tax Collector<br>915 8th Street, suite 103<br>Marysville, CA 95901-5273 | | C | 2011<br>property taxes<br>924 6th street Marysville, CA 95901<br>APN 010-161-019<br>5 bedrooms house with two 1 unit office spaces<br>since the house sits on a corner, there are additionals addresses of 529/531 J | | | | | |
| | | | Value $ 120,000.00 | | | | 1,050.00 | 0.00 |
| Account No.<br><br>Yuba Sutter Economic Development Corp.<br>1227 Bridge Street #C<br>Yuba City, CA 95991-3618 | X | C | 350 Bridge Street Yuba City, CA 95991<br>value based on debtor's opinion<br>35,000 sqft commercial building | | | | | |
| | | | Value $ 700,000.00 | | | | 150,000.00 | 150,000.00 |
| Account No.<br><br>Yuba Sutter Economic Development Corp.<br>1227 Bridge Street #C<br>Yuba City, CA 95991-3618 | X | C | 350 Bridge Street Yuba City, CA 95991<br>value based on debtor's opinion<br>35,000 sqft commercial building | | | | | |
| | | | Value $ 700,000.00 | | | | 150,000.00 | 150,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 363,727.00 | 362,677.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,390,791.28 | 1,755,791.28 |